IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BUD PETTIGREW, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3166 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CHERRY COUNTY SCHOOL DISTRICT NO. 16-0006, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The plaintiff's unopposed motion to continue, (filing no. 31), is granted.

2) The deadlines for filing motions to dismiss and motions for summary judgment are:

        For the plaintiff:    July 6, 2012
        For the defendant:    July 20, 2012

3) A telephonic conference with the undersigned magistrate judge remains scheduled to be held on June 19, 2012 at 10:00 a.m. to discuss the status of case progression, potential settlement, and **the trial date** in light of the extension of the dispositive motion deadline. Counsel for plaintiff shall place the call.

DATED this 16th day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge