IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUD PETTIGREW,<br><br>          Plaintiff,<br><br>vs.<br><br>CHERRY COUNTY SCHOOL DISTRICT NO. 16-0006,<br><br>          Defendant. | 4:11CV3166<br><br>**MEMORANDUM AND ORDER** |

During a settlement conference held on July 14, 2012 in North Platte, the parties settled this case pending final approval by the defendant's school board.

Accordingly,

IT IS ORDERED:

1)  All deadlines in this case, including the defendant's deadline for responding to the plaintiff's pending summary judgment motion and its deadline for filing a summary judgment motion, are stayed.

2)  All discovery is stayed.

July 16, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge