IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BUD PETTIGREW, | ) | CASE NO. 4:11CV3166 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CHERRY COUNTY SCHOOL DISTRICT NO. 16-0006 a/k/a VALENTINE COMMUNITY SCHOOLS and f/k/a VALENTINE RURAL HIGH SCHOOL, | ) | |
| Defendant. | ) | |
| BUD PETTIGREW, | ) | CASE NO. 4:12CV3159 |
| Plaintiff, | ) | |
| v. | ) | REASSIGNMENT ORDER |
| CHERRY COUNTY SCHOOL DISTRICT NO. 16-0006, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order entered on September 6, 2012, by Magistrate Judge Cheryl R. Zwart (Filing No. 73),

IT IS ORDERED that Case No. 4:12CV3159 is reassigned to Senior District Judge Richard G. Kopf for disposition and remains assigned to Magistrate Judge Cheryl R. Zwart for judicial supervision and processing of all pretrial matters.

DATED this 7th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge