IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUD PETTIGREW,<br><br>             Plaintiff,<br><br>vs.<br><br>VALENTINE COMMUNITY SCHOOLS, CHERRY COUNTY SCHOOL DISTRICT NO. 16-0006,<br><br>             Defendants. | **4:11CV3166**<br><br>**ORDER** |

In accordance with the court's memorandum and order entered on September 6, 2012, (filing no. 73):

1)  The plaintiff's Motion Lift Stay and Set For Trial, (filing no. 53), is granted.

2)  The defendant's objection thereto, (filing no. 55), is denied.

September 8, 2012.

                                                              BY THE COURT:

                                                              *s/ Cheryl R. Zwart*
                                                              United States Magistrate Judge