IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUD PETTIGREW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VALENTINE COMMUNITY SCHOOLS, CHERRY COUNTY SCHOOL DISTRICT NO. 16-0006,<br><br>　　　　Defendants. | 4:11CV3166<br><br>**MEMORANDUM AND ORDER** |
| BUD PETTIGREW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHERRY COUNTY SCHOOL DISTRICT NO. 16-0006,  THAYER COUNTY SCHOOL DISTRICT NO. 85-0070,<br><br>　　　　Defendants. | 4:12CV3159 |

　　　　The above-captioned cases involve common and overlapping questions of law and fact, and the parties are the same.  Consolidating the cases will serve the interests of justice and judicial economy.  Accordingly,

　　　　IT IS ORDERED:

　　　　1)　　The following cases are consolidated for all stages of the case prior to appeal, including trial:

　　　　　　　4-11-cv-03166:  Pettigrew v. Cherry County School District No. 16-0006

　　　　　　　4-12-cv-03159:  Pettigrew v. Cherry County School District No. 16-0006 a/k/a Valentine Community Schools and f/k/a Valentine Rural High School

　　　　2)　　4-11-cv-03166:  Pettigrew v. Cherry County School District No. 16-0006 is hereby designated as the "Lead Case," and 4-12-cv-03159: Pettigrew v.

<ins>Cherry County School District No. 16-0006 a/k/a Valentine Community Schools and f/k/a Valentine Rural High School</ins> is designated as a "Member Case."

3) The court's CM/ECF System has the capacity for "spreading" text among consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. To this end, the parties are instructed to file in the Lead Case, 4-11-cv-03166: <ins>Pettigrew v. Cherry County School District No. 16-0006</ins>, all further documents except those described in paragraph 4 and to select the option "yes" in response to the System's question of whether to spread the text.

4) The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; to file items related to service of process; or to file notices of appeal.

5) If a party believes that an item in addition to those described in paragraph 4 should not be filed in both of these consolidated cases, the party must move for permission to file the item in only one of the cases. The motion must be filed in both of the consolidated cases using the spread text feature.

6) After the clerk has consolidated the above-captioned cases within the court's CM/ECF System, the clerk shall regenerate Notices of Electronic Filing as follows:

As to **all** filings in 4-11-cv-03166: <ins>Pettigrew v. Cherry County School District No. 16-0006</ins>, the clerk shall send NEFs to the defense counsel of record in 4-12-cv-03159: <ins>Pettigrew v. Cherry County School District No. 16-0006 a/k/a Valentine Community Schools and f/k/a Valentine Rural High School.</ins>

As to **all** filings in 4-12-cv-03159: <ins>Pettigrew v. Cherry County School District No. 16-0006 a/k/a Valentine Community Schools and f/k/a Valentine Rural High School</ins>, the clerk shall send NEFs to the defense counsel of record in 4-11-cv-03166: <ins>Pettigrew v. Cherry County School District No. 16-0006.</ins>

October 10, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge