IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUD PETTIGREW,<br><br>        Plaintiff,<br><br>vs.<br><br>VALENTINE COMMUNITY SCHOOLS, CHERRY COUNTY SCHOOL DISTRICT NO. 16-0006,<br><br>        Defendants. | **4:11CV3166**<br><br>**MEMORANDUM AND ORDER** |
| BUD PETTIGREW,<br><br>        Plaintiff,<br><br>vs.<br><br>CHERRY COUNTY SCHOOL DISTRICT NO. 16-0006,<br><br>        Defendants. | **4:12CV3159** |

A planning conference was held on October 9, 2012 regarding further briefing on pending motions and new motion deadlines, and a telephone conference was held today on 4:11cv3166, (Filing No. 84) and 4:12cv3159, (Filing No. 23), Cherry County's Objection to the Plaintiff's Subpoena served on the North Platte Public Schools for production of documents relating to Jamie Isom's application for employment as a superintendent for North Platte Public Schools.

After conferring with counsel,

1) On or before October 26, 2012, the plaintiff shall file any evidence in support of his claim that Jamie Isom's employment application to the North Platte Public Schools is relevant to this case, in the absence of which Cherry County's objections will be sustained. The court will not enter an order overruling Cherry County's objections without affording Cherry County with notice and an opportunity to respond to any evidence submitted by the plaintiff.

2) The following deadlines are set for filing briefs on the pending motions:

   a. Regarding Defendant's Motion for Partial Summary Judgment on the 2009-2010 school year claims:

   --Plaintiff's opposition brief shall be filed on or before November 8, 2012; and

   --Defendant's reply brief shall be filed on or before November 21, 2012.

   b. Regarding Plaintiff's Motion for Credibility hearing, Motion to Compel and Motion to Strike Defendant's Motion for Partial Summary Judgment on the 2009-2010 school year claims:

   --Defendant's opposition shall be filed on or before November 30, 2012; and

   --Plaintiff's reply shall be filed on or before December 7, 2012.

3) As to the plaintiff's 2010-2011 school year claims:

   a. Plaintiff's summary judgment deadline is November 13, 2012; and

   b. Defendant's summary judgment deadline is December 11, 2012.

October 19, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge