IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUD PETTIGREW,<br><br>             Plaintiff,<br><br>vs.<br><br>VALENTINE COMMUNITY SCHOOLS, CHERRY COUNTY SCHOOL DISTRICT NO. 16-0006,<br><br>             Defendants. | 4:11CV3166<br><br>**MEMORANDUM AND ORDER** |
| BUD PETTIGREW,<br><br>             Plaintiff,<br><br>vs.<br><br>CHERRY COUNTY SCHOOL DISTRICT NO. 16-0006,  THAYER COUNTY SCHOOL DISTRICT NO. 85-0070,<br><br>             Defendants. | 4:12CV3159 |

The court's prior memorandum and order stated:

On or before October 26, 2012, the plaintiff shall file any evidence in support of his claim that Jamie Isom's employment application to the North Platte Public Schools is relevant to this case, in the absence of which Cherry County's objections will be sustained.

(Filing No. 96).   The plaintiff has not filed any evidence as required under the order.

Accordingly,

IT IS ORDERED that defendant Cherry County School District's objections, (4:11-cv-03166, Filing No. 84; 4:12-cv-03159, Filing No. 23), are sustained.

October 30, 2012.

                                                                BY THE COURT:

                                                                *s/ Cheryl R. Zwart*
                                                                United States Magistrate Judge